UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LOYAL BARRY GASKIN, JR.

    v.

KILOLO KIJAKAZI
*Commissioner of Social Security*

CASE NO. 3:23CV1043(MPS)

### JUDGMENT

This action having come on for consideration of the Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand and the Plaintiff's Motion to Reverse the Decision of the Commissioner before the Honorable Michael P. Shea, United States District Judge and,

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its Ruling on February 8, 2024, granting the defendant's motion and denying the plaintiff's motion as moot; it is therefore

ORDERED, ADJUDGED and DECREED that the case is remanded for further administrative proceedings.

Dated at Hartford, Connecticut, this 8th day of February 2024.

        DINAH MILTON KINNEY, Clerk

        By _____/s/_____
        Devorah Johnson
        Deputy Clerk

EOD 2/8/24